STATE OF CONNECTICUT *v.* REINALDO RAMOS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 831 (AC 12487), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification for review.

*Kent Drager*, assistant public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.

Decided September 13, 1995

FIRST CONSTITUTION BANK *v.* HARBOR VILLAGE LIMITED PARTNERSHIP ET AL.

The plaintiff First Marine Corporation's petition for certification for appeal from the Appellate Court, 37 Conn. App. 698 (AC 11548), is denied.

*Jonathan D. Elliot*, in support of the petition.

*Jonathan S. Bowman*, in opposition.

Decided September 13, 1995

DANBURY SAVINGS AND LOAN ASSOCIATION, INC. *v.* ENVIRONMENTAL EQUITIES, INC., ET AL.

The defendant Jerome Kovacs' petition for certification for appeal from the Appellate Court, 37 Conn. App. 925 (AC 13261), is denied.

*Jerome Kovacs*, pro se, in support of the petition.

*Howard K. Levine*, in opposition.

Decided September 13, 1995